HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATTY M FIRTH,

               Plaintiff,

     v.

QUALITY LOAN SERVICE CORP. OF
WASHINGTON,

               Defendant.

CASE NO. C15-5032 RBL

ORDER OF DISMISSAL

[Dkt. #s 8 and 14]

THIS MATTER is before the Court on the following Motions: Defendant MERS's Motion to Dismiss [Dkt. #8]; Defendant Quality's Motion for Summary Judgment [Dkt. #14] and on the Court's own motion in light of Plaintiff's Response to the Court's Order requiring an Amended Complaint [Dkt. #10]. The Court's prior Order outlined the problems with Plaintiff's proposed complaint, and required her to pay the filing fee or amend her complaint to address the deficiencies within 21 days of February 26, 2015. She did neither. Plaintiff did respond by way of an "Affirmation" [Dkt. #8] to the Motion to Dismiss, but that document did not address the original deficiencies.

The Motion to Dismiss (and the Motion for Summary Judgment) appears to be meritorious, and it does not appear that Plaintiff can state a claim against MERS. However, the

1 │ plaintiff has not complied with the Court's Order to amend her complaint, and she has not paid

2 │ the filing fee.  Consistent with the Court's prior Order, the case is DISMISSED without

3 │ prejudice.  The pending Motions are DENIED as moot.

4 │       IT IS SO ORDERED.

5 │       Dated this 28th day of April, 2015.

6

7 │               _____

8 │               RONALD B. LEIGHTON
│               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24